**Epstein Seif Porter & Beutel, LLP**
Attorneys at Law

MAIN OFFICE
50 S. Meridian St., Suite 505
Indianapolis, Indiana 46204

James A. Tanford, *of Counsel*
2303 E Woodstock Pl
Bloomington IN 47401
Direct phone (812) 332-4966

July 19, 2023

Office of the Clerk
U. S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston MA 02210

BY ECF

    **Re: Anvar et al. v. Dwyer et al., 22-1843**

To the Clerk:

Pursuant to FED. R. APP. P. 28(j), Plaintiffs-Appellants bring to the Court's attention the Sixth Circuit's recent decision in *Block v. Canepa* (No. 22-3852), ____ F.4th ____; 2023 WL 4540523; 2023 U.S. App. LEXIS 17946 (July 14, 2023). It concerned the constitutionality of an Ohio law similar to the one at issue in this case, that prohibited the home delivery of wine by out-of-state retailers but allowed home deliveries by in-state retailers.

This new opinion is germane because the defendants have relied heavily on a prior Sixth Circuit case which had upheld a state ban on interstate wine shipments, *Lebamoff Enterpr., Inc. v. Whitmer*, 956 F.3d 863 (6th Cir. 2020). They have argued that *Lebamoff* is compelling precedent for the proposition that states may prohibit out-of-state direct deliveries as a valid exercise of their Twenty-first Amendment authority, even if the prohibition would otherwise violate the nondiscrimination principle of the Commerce Clause. E.g., Dwyer Br. at 4, 31-35; R.I. Resp. Beverage Br. at 15-18, 40-42.

In *Block v. Canepa*, the Sixth Circuit clarified that its *Lebamoff* decision is limited to the specific factual context of that case. It is not a precedent on the general scope of state authority under the 21st Amendment and has little relevance to the validity of other states' home delivery bans. The issue in each case is whether the State has shown with concrete evidence, and not just by speculation, that the actual effect of its law is to prevent a specific public health or safety problem of concern to the state which is sufficiently robust to overcome the law's protectionist effect. Slip op. at 15-16.

All parties are registered ECF users and will receive a copy of this letter.

Respectfully submitted:

s/ James Alexander Tanford
James Alexander Tanford
Counsel for Plaintiffs-Appellants